Julia E. Adams, appellant, v. Isadore Stein et al., defendants. Chicago Title and Trust Company, appellee.

Chicago Title and Trust Company, appellee, v. Isadore Stein et al., cross defendants. Julia E. Adams, appellant. Gen. No. 39,011.

Opinion filed March 30, 1937.

Joseph C. Cowen and Andalman & Shamberg, for appellant; Maxwell N. Andalman, Joseph C. Cowen and Norman H. Arons, of counsel. Butz, Von Ammon & Marx, for appellee; Bodney C. Glover and Kenneth E. Becker, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Ralph Carlburg, appellee, v. Henderson Plastering Company, defendant. MacDowell-Scheying Construction Company, appellant. Gen. No. 39,022.

Opinion filed March 30, 1937.

Arthur A. Basse, for appellant. Oscar G. Wahlgren, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Clara Warneke, administratrix of the estate of Frank Warneke, deceased, appellant, v. Henry A. Torstenson, appellee. Gen. No. 38,964.

Opinion filed March 30, 1937.

McKenna, Harris & Schneider, for appellant; Abraham W. Brussell, of counsel. Robertson, Crowe & Spence, for appellee; Burt A. Crowe, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.